FILED
08 JAN 16 PM 3:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0140 LAB

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID GONZALEZ, Defendant. | ) | Criminal Case No. ______________ **I N D I C T M E N T** Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm and Ammunition; Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about March 21, 2007, within the Southern District of California, defendant DAVID GONZALEZ, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about December 5, 2006, of Possession of an Illegal Firearm, in violation of California Penal Code 12020(a)(1), did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Glock, Model 19, .9mm pistol, serial number ATL378US, and eleven rounds of Winchester .9mm Lugar ammunition; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

DDL:em:San Diego
1/14/08

FORFEITURE ALLEGATION

The allegations contained in Count 1 are realleged and by reference are fully incorporated herein to allege forfeiture to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count 1, a knowing violation of Title 18, United States Code, Section 922(g), defendant DAVID GONZALEZ shall forfeit to the United States all firearms and ammunition involved or used in the offense, including, but not limited to, the following:

(a) One Glock, Model 19, .9mm pistol, serial number ATL378US; and

(b) Eleven rounds of Winchester .9mm Lugar ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: January 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DAVID D. LESHNER
Assistant U.S. Attorney