AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

David GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 07 MJ 2923

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   David GONZALEZ

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

Possession of a firearm by a convicted felon.

DATE 01/09/2008
ARRESTED BY USMS on 3/21/07. FN Case
Steve Stafford
U.S. MARSHAL, S/CA (Acting)
BY [signature]

RECEIVED 2007 DEC 18 P 4:08 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title   18   United States Code, Section(s) 922(g)(1)

WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

[signature] W McCurine Jr.

Signature of Deputy

Title of Issuing Officer

12/18/07  San Diego, CA
Date and Location

WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE
The Honorable

Bail fixed at $ No Bail   [Bail]   by

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J         ATF         5212
(Felon in Poss)